JS-6

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
CHRISTOPHER R. FREDRICH (State Bar No. 266471)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
AMERICAN EXPRESS BANK, FSB, erroneously sued
as AMERICAN EXPRESS COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual | Case No. CV 17-3805-GW(PLAx) |
| Plaintiff, | [Assigned to the Hon. George H. Wu] |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| AMERICAN EXPRESS COMPANY, a New York corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on March 15, 2018, IT IS HEREBY ORDERED THAT the Complaint filed by Plaintiff Gary Topolewski in this action, and all claims asserted therein against Defendant American Express Bank, FSB, erroneously sued as American Express Company, are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 19, 2018

*/s/ George H. Wu*

GEORGE H. WU, U.S. District Judge